### In re ELGOT et al.

(Circuit Court of Appeals, Second Circuit. December 7, 1925.)

No. 92.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Joseph G. M. Browne, of New York City, for petitioners.

Epstein & Smith, of New York City (Henry Epstein and Maurice Smith, both of New York City, of counsel), for National Box & Lumber Co.

Paul Englander, of New York City, pro se and for Sheffield Glass Bottle Co.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order 10 F.(2d) 396, affirmed.